DOH: 8/23/22

CLS 8/24/22

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>Maria SANTORI-Valtierra,<br><br>                Defendant. | Case No.: 22MJ8604<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 23, 2022, within the Southern District of California, defendant, Maria SANTORI-Valtierra, did knowingly and intentionally import a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960, a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Justin Adams
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 24th day of August, 2022.

_____
Hon. Andrew G. Schopler
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Maria SANTORI-Valtierra

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the reports, documents, and notes furnished to United States Homeland Security Investigations Special Agent J. Adams.

On August 23, 2022, at approximately 11:20 a.m., Maria SANTORI-Valtierra, (SANTORI), a United States Citizen, applied for entry into the United States from Mexico through the Calexico, California East Port of Entry in vehicle primary lane #3. SANTORI was the driver, sole occupant, and registered owner of a 2015 Nissan Sentra (the vehicle) bearing California license plates.

In vehicle primary, Customs and Border Protection Officers (CBPO) obtained a negative customs declaration from SANTORI. The CBPO received a computer-generated alert when SANTORI's information was queried and the CBPO noted SANTORI appeared nervous. When asked, SANTORI reported that she was traveling to a job interview. The CBPO elected to send SANTORI and the vehicle to the Vehicle Secondary (VS) area for further inspection.

Prior to the VS area, the vehicle was scanned utilizing an X-ray machine and the CBPO reviewing the images detected anomalies in the doors and quarter panels of the vehicle. Thereafter, a Canine Enforcement Team was conducting Secondary Inspection Operations when the Human and Narcotic Detection Dog alerted to the driver's side door panel of the vehicle.

Further inspection of the vehicle resulted in the discovery of 138 packages concealed in the floorboard, door panels, and quarter panels of the vehicle, with a total approximate weight of 70.4 kilograms (155.2 pounds). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

SANTORI was placed under arrest. SANTORI was advised of her Miranda Rights. SANTORI acknowledged her rights and agreed to speak to Agents without an attorney present. During a post-Miranda interview, SANTORI claimed that she had no knowledge of the presence of the narcotics in her vehicle upon crossing into the United States.

SANTORI was arrested and charged with a violation of Title 21, United States Code, 952 and 960, for importation of a controlled substance, and was booked into the GEO-El Centro Federal Facility to await initial appearance.